# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

Ronald Satish Emrit,
6655 38th Lane
East, Sarasota, Florida 34243
(703) 936-3043,
Plaintiff

v.

British Secret Service
(MI5/MI6)
950 Pennsylvania
Avenue, NW Washington,
D.C. 20530

Central Authority of
England
950 Pennsylvania
Avenue, NW Washington,
D.C. 20530

Hague Conference on Private
Litigation
950 Pennsylvania
Avenue, NW
Washington, D.C. 20530
Office of International
Judicial Assistance

C.A. No.: _____

FILED ____ ENTERED
____ LODGED ____ RECEIVED
JAN 2 3 2023
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____ DEPUTY

①

950 Pennsylvania Avenue, NW Washington, D.C. 20530
oija@usdoj.gov
House of Lords (England)
950 Pennsylvania Avenue, NW Washington, D.C. 20530
House of Commons (England)
950 Pennsylvania Avenue, NW Washington, D.C. 20530
Prime Minister Rishi
950 Pennsylvania Avenue, NW Washington, D.C. 20530
The Windsors
950 Pennsylvania Avenue, NW Washington, D.C. 20530
Buckingham Palace,
950 Pennsylvania Avenue, NW Washington, D.C. 20530
Westminster Abbey,
950 Pennsylvania

②

Archbishop of Canterbury
950 Pennsylvania
Avenue, NW Washington,
D.C. 20530

Bletchley Park
950 Pennsylvania
Avenue, NW Washington,
D.C. 20530

# COMPLAINT

COMES NOW, the plaintiff Ronald Satish Emrit who is bringing forth this complaint against the "British Co-defendants" alleging various Civil Right violations as part of an international conspiracy in addition to various tortious conduct pursuant to Federal Tort Claims Act (FTCA) in which the Eleventh Amendment doctrine of sovereign immunity does not apply to international co-defendants. In bringing forth this complaint, the plaintiff states, avers and alleges the following:

## I.) NATURE OF THE CASE

1.) The plaintiff argues that he has standing, causation, and redressability to file a lawsuit against the "British co-defendants" given that he applied for a job as a clandestine with National Clandestine Service (NCS) which used to be the Directorate of Operations (DO) at the

③

2.) Accordingly, the plaintiff argues that he has standing, causation, and redressability to file a lawsuit against the "British co-defendants" under the theory and/or rebuttable presumption that the British Secret Service (MI5/MI6) controls the "American intelligence community" with the argument that Central Intelligence Agency (CIA) for example is an extension of MI5/MI6 in United States.

3.) Christopher Steele is the perfect example of an employee with British Secret Service (MI5/MI6) who interfered with 2016 presidential election which would have been a violation of the Hatch Act of 1939 if and only if (iff) Christopher Steele is a federal employee.

4.) Prince Andrew of The Windsors is the perfect example of the public relations nightmare of the British Royal Family given Prince Andrew's alleged connection to the late Jeffrey Epstein.

5.) The British Royal Family's racism towards Meghan Markle (i.e. Duchess of Sussex) is also a public relations nightmare and an embarrassment for England and the Windsors.

6.) Finally, the concept of "BREXIT" or the separation of Great Britain from the European Union (EU) or European Economic Community (EEC) (although not NATO/OTAN or United Nations) is the perfect example of the "public relations nightmare" being experienced by Great Britain, The Windsors and/or The British Royal Family collectively

④

7.) Nevertheless, the only defendant listed in the caption which is not one of the "British co-defendants" is the Office of International Judicial Assistance and the Hague Conference on Private Litigation.

# II.) PARTIES TO THIS LITIGATION

8.) The plaintiff is an indigent, disabled, and unemployed resident of the state of Florida. The plaintiff's address is 6655 38th Lane East, Sarasota, Florida 34243.

9.) The first defendant is the British secret service (MI5/MI6) who should be served with process in United States at Office of Attorney General Merrick Garland or Solicitor General.

10.) The second defendant is the Central Authority of England who should be served with process at office of Attorney General Merrick Garland or Solicitor General.

11.) The third defendant is the Hague Conference on Private Litigation who should be served with process at office of Attorney General Merrick Garland or Solicitor General.

12.) The fourth defendant is Office of International Judicial Assistance who should be served with process at Office of Attorney General Merrick Garland or Solicitor General.

13.) The fifth defendant is the House of Lords who should be served with process at office of Attorney General Merrick Garland or Solicitor General.

14.) The sixth defendant is the House of Commons who should be

⑤

15.) The seventh defendant is the Prime Minister Rishi of England (Hindu or Indian) who should be served with process la; Office of Attorney General Merrick Garland or Solicitor General.

16.) The eighth defendant is The Windsors, i.e. the "Royal Family of England" who have inherited the throne after centuries of the Tudors, Stuarts, Plantagenets, Oliver Cromwell, The Glorious Revolution, The War of Roses, Hundred Years War, Seven Years War, Battle of Hastings, Battle of Bosworth Field, William The Conqueror (1066), Pepin The Short, Charlemagne, Queen Mary of Scots, Henry VIII, James VI of Scotland, and King John/Magna Charta.

17.) The ninth defendant is Buckingham Palace which is probably a defendant through an in rem or quasi in rem proceeding rather than through an in personam proceeding.

18.) The tenth defendant is Westminster Abbey which is also listed as part of an in rem or quasi in rem proceeding rather than an in personam proceeding.

19.) The eleventh defendant is Archbishop of Canterbury who is part of the in personam proceeding and should be served with process at 950 Pennsylvania Avenue NW Washington, D.C. or at the nerve center and/or principal place of business (ppb) of Solicitor General or Inspector General.

20.) The twelfth and final defendant is Bletchley Park which is listed as part of the in rem or quasi in rem proceeding perhaps involving the creation and attachment of liens and secured transactions and/or the establishment of a

6

# III.) JURISDICTION AND VENUE

21.) The plaintiff argues that Washington, D.C. is the proper venue for this cause of action given that Washington, D.C. is the capital of the United States and the location of the State Department, Embassy of England, and United Nations offices (in addition to Permanent Representative in New York City) is a supranational organization substantially similar to International Monetary Fund (IMF) and World Bank responsible for Structural Adjustment Programs (SAP's) in Less-Developed Countries (LDC's) in Sub-Saharan Africa often involving compulsory licensing of generic pharmaceutical pursuant to Trade-Related Aspects of Intellectual Property (TRIPS), World Intellectual Property Organization (WIPO), General Agreement on Tariffs and Trade (GATT), World Trade Organization (WTO), Bretton Woods Agreement, World Health Organization (WHO), Digital Millennium Copyright Act (DMCA), Large Hadron Collider (LHC) and other international organizations often involving Geneva, Switzerland and Most-Favoured Nation status (MFN) such as China.

22.) As an Article III court, the U.S. District Court for the District of Columbia at 333 Constitution Avenue in NW Washington, D.C. has the subject matter jurisdiction to preside over litigation involving a federal question and more specifically the "black-letter law provisions" of Emmett Till Anti-Lynching Act, Matthew Shepard and James Byrd

and Title VII of Civil Rights Act of 1964, among other implications of Federal law.

23.) Furthermore, the plaintiff argues that the U.S. District Court of Washington, D.C. has subject matter jurisdiction in which the amount in controversy is in excess of $75,000 and here, the amount in controversy is $80,000 in a justiciable case or controversy which is ripe for adjudication and not moot (between the adversarial parties).

24.) Accordingly, this litigation does not involve a non-justiciable political question, the rendering of an advisory opinion, an ex post facto law, and/or a bill of attainder.

25.) As a final matter, the plaintiff argues that the U.S. District Court for the District of Columbia has original, exclusive, and personal jurisdiction over this cause of action because there is complete diversity of jurisdiction between the indigent, disabled and unemployed plaintiff and the 12 co-defendants (like the 12 tribes of Israel) seeking joint and several liability perhaps involving the concepts of contribution and indemnity.

## IV.) STATEMENT OF FACTS

26.) On or around 2009, the plaintiff applied for a position of employment with CIA, NSA, and FBI at Jacaranda Library in Venice, Florida.

27.) More specifically, the plaintiff vaguely remembers that he applied for a job as Intelligence Analyst with FBI

⑧

refresh the plaintiff's memory.)

28.) Previously, the plaintiff communicated with Kal Wong of FBI Honolulu about a position of employment and also communicated with Andrea Kalucci of North Miami Beach field office.

29.) Because the plaintiff was never offered a position of employment by FBI, CIA, or NSA, the plaintiff believes in "good faith" that he has been used as "intelligence subject" and/or a "guinea pig" for various mind control programs substantially similar to Project MKUltra, Tuskegee Experiment, and/or Eugenics projects involving Charles Darwin's theory of natural selection from the HMS Beagle in the Galapagos Islands.

30.) Frank Olson's family would agree (i.e. Eric Olson) that the CIA and NSA have a deranged obsession with mind control that borders on being "criminally insane."

31.) The central aspect of the plaintiff's argument is that CIA for example allows foreign intelligence such as MOSSAD or MI5/MI6 to "experiment" with Americans in various mind control programs substantially similar to Project MKUltra and/or MK Naomi (Harold Abramson), Operation Artichoke in violation of Geneva Convention and provisions set forth by International Criminal Court (ICC).

## V.) COUNT ONE: VIOLATION OF TITLE VII OF CIVIL RIGHTS ACT OF

⑨

32.) Substantially similar to the case of the Japanese Fred Korematsu pursuant to stare decisis of <u>Korematsu v. United States</u>, the plaintiff argues that all 12 co-defendants are part of an international conspiracy to violate the plaintiff's civil rights because he is a Christian, African-American who was incorrectly racially-profiled as Arabic/Muslim and because he was denied employment by the intelligence community and perhaps used as intelligence subject or guinea pig like Frank Olson and perhaps James "Whitey" Bulger as part of Project MKUltra and/or MKNaomi.

## VI.) COUNT TWO: VIOLATION OF EMMETT TILL ANTI-LYNCHING ACT

33.) Likewise, the plaintiff argues that all 12 co-defendants have violated the Emmett Till Anti-Lynching Act by engaging in an international conspiracy to violate the plaintiff's civil rights no different from Emmett Till, George Stinney, Ahmaud Arbery, Eric Garner, Trayvon Martin, Rosa Parks, Breonna Taylor, Nelson Mandela, Homer Plessy, Mohandas Gandhi, Medgar Evers, etc..

## VII.) COUNT THREE: VIOLATION OF GEORGE FLOYD POLICING ACT

34.) Substantially similar to George Floyd's Civil Rights being

argues that all 12 British co-defendants (perhaps with the exception of Office of International Judicial Assistance and Hague Conference on Private Litigation) have engaged in a conspiracy to violate the plaintiff's Civil Rights, with the argument that the plaintiff believes in "good faith" that he has been used as an intelligence subject and/or guinea pig substantially similar to Frank Olson with regards to Project MKUltra.

## VIII.) COUNT FOUR: VIOLATION OF MATTHEW SHEPARD AND JAMES BYRD HATE CRIMES PREVENTION ACT

35.) Substantially similar to counts I, II, and III, the plaintiff argues that the 12 co-defendants have violated the Matthew Shepard and James Byrd Hate Crimes Prevention Act by engaging in an international conspiracy to violate the plaintiff's Civil Rights perhaps as an intelligence subject or "guinea pig" for mind control programs such as Project MKUltra and/or MKNaomi (Harold Abramson) according to the publication "There's Something Rotten in Denmark" by Jeremy Kuzmarov of Tulsa Community College uploaded into digital commons at Florida International University (FIU) off of Tamiami Trail (Calle Ocho)

## IX.) COUNT FIVE: VIOLATION OF FREEDOM OF INFORMATION ACT

36.) The plaintiff argues that all 12 co-defendants have violated the Freedom of Information Act (FOIA) by trying to force their outdated lifestyle and culture of silence, secrecy, lies, and intimidation upon the plaintiff.

37.) The plaintiff compares this situation to Ambassador Marie Yovanovitch of Ukraine Republic and Lieutenant Colonel Michael Vindman who testified before Congress pursuant to Freedom of Information Act (FOIA) about the corruption and pressure placed upon them by former Secretary of State Mike Pompeo as former CIA director from West Point Military Academy in upstate New York.

38.) As such, any allegations involving freedom of information act (FOIA) could involve the concepts of obstruction of justice, tampering with witnesses, tampering with juries, tampering with evidence, intimidation of witnesses when government agents specifically in the intelligence community try to force their "code of silence" on whistleblowers.

## X.) COUNT SIX: VIOLATION OF THE WHISTLEBLOWER PROTECTION ACT

39.) The plaintiff argues that whistleblowers are provided with a higher level of protection than government agents who have to live a lifestyle of secrecy and/or silence because

12

unless it has been de-classified and in the public domain as protected free speech such as The World Factbook published by Skyhorse Publishing (private company) and Government Publishing Office (GPO/Congress).

40.) The stare decisis of <u>New York Times v. United States</u> (Pentagon Papers case) and <u>Snepp v. United States</u> involved the concepts of free speech, de-classified information in the public domain, the Vietnam War, prior restraint (an injunction precluding and/or enjoining the publication of perhaps privileged information) and a constructive trust imposed by the CIA upon the plaintiff in <u>Snepp v. United States, supra</u>.

## XI.) COUNT SEVEN: VIOLATION OF EQUAL PROTECTION CLAUSE OF FIFTH AND FOURTEENTH AMENDMENTS

11.) Although the "British co-defendants" are not political subdivisions of the American federal government, the plaintiff argues that the "British co-defendants" are American state actors by virtue of their communications with American intelligence community.

12.) America's "first spy" was Nathan Hale during The Revolutionary War (Battle of Bunker Hill, Battle of Saratoga, Battle of Ticonderoga Heights, Boston Tea Party, Boston Massacre involving Crispus Attucks, Townshend Acts, Stamp

⑬

India Company, Paul Revere, "The Red Coats are coming," Washington crossing the Delaware River, St. Lawrence Seaway, Hudson River).

43.) The plaintiff argues that the ghosts of Nathan Hale, Paul Revere, Horatio Gates, and George Washington would all agree that the British government, Christopher Steele, British Secret Service (MI5/MI6), Prince Andrew, and British tabloids do not have any business, authority, or jurisdiction in United States.

44.) Pursuant to Rule 201 of Federal Rules of Evidence (FRE), the court can take judicial notice that the plaintiff would rather be George Washington's slave than to be under the jurisdiction of British monarchy, British Secret Service (MI5/MI6 and/or "The Windsors" (substantially similar to a quote from the character "Rose" in the movie "Titanic" when speaking to the character "Cal" played by the American actor Billy Zane.

45.) As such, the plaintiff argues that his "brothers" are George Floyd and Lebron James and not white supremacists in the intelligence community and/or British Secret Service (MI5/MI6

46.) Furthermore, the plaintiff argues that his "sisters" are Meghan Markle and Breonna Taylor not the "Karen personality type" (very neurotic not psychotic) who works in the American intelligence community or British secret service (MI5/MI6)

XII.) COUNT EIGHT: INTENTIONAL INFLICTION OF EMOTIONAL

⑭

47.) The plaintiff argues that the "British co-defendants" committed the intentional infliction of emotional distress (IIED) because it is both extreme and outrageous conduct for the "British co-defendants" to engage in a conspiracy (chain or hub-and-spoke conspiracy perhaps involving The Wharton Rule) to violate the Civil Rights of a Christian African-American such as the plaintiff with regards to the possibility of being used as an "intelligence subject" and/or "guinea pig" for mind control programs substantially similar to Project MKUltra involving Frank Olson in New York City and in Fort Detrick, Maryland or MKNaomi (Harold Abramson) and former CIA director William Colby in which the former CIA director Allen Dulles described Project MKUltra as a complete waste of time and resources.

## COUNT NINE: INVASION OF PRIVACY THROUGH INTRUSION UPON SECLUSION (XIII.)

48.) The court should take judicial notice that Princess Diana was well aware of the habit or routine of the British aristocracy and British tabloids in essentially stalking or harassing her (Princess Diana) with private investigators and/or photographers with tabloid media/paparazzi perhaps committing trespass, breaking and entering, voyeurism, etc..

49.) Inside the United States, the black letter law provision

(PHI) as it applies to covered entities and an Accounting of Disclosures under HIPAA, i.e. Health Insurance Portability and Accountability Act (HIPAA).

50.) The plaintiff argues that the "British co-defendants" in particular have committed the tortious invasion of privacy through intrusion upon seclusion by perhaps using the plaintiff as "intelligence subject" or "guinea pig" because he was denied employment after filing an application online for a job with the intelligence community (at Jacaranda Library in Venice, Florida in the year 2009.

## COUNT TEN: INVASION OF PRIVACY THROUGH "FALSE LIGHT" (XII)

51.) The plaintiff argues that the "British co-defendants" have committed the invasion of privacy through "false light" by engaging in the ignorant and racist delusion that the plaintiff is anything other than being a Christian African-American related to black captain of the Battle of Gettysburg.

## XV. COUNT ELEVEN: DEFAMATION THROUGH LIBEL/SLANDER

52.) The plaintiff argues that the British co-defendants have committed the dignitary tort of defamation in particular through spoken word (~~~~) and perhaps through written word (libel) slander ———— by suggesting and/or insinuating that the plaintiff is anything other than a Christian

(16)

# XVI.) PRAYER FOR RELIEF

WHEREFORE, the plaintiff is now seeking for the court to certify a class action lawsuit pursuant to Rule 23 of Federal Rules of Civil Procedure (FRCP) involving the commonality, typicality and numerosity of claims. As an alternative to this "certified class," the plaintiff argues that there should be a joinder of Meghan Markle as (a) necessary and indispensable party to this litigation pursuant to Rule 19 of Federal Rules of Civil Procedure (FRCP). In bringing forth this "Prayer for Relief," the plaintiff states, avers, and alleges the following:

A.) The remedy of $80,000 could be considered to be punitive, compensatory or treble damages for the commission of the aforementioned tortious acts pursuant to Federal Tort Claims Act (FTCA).

B.) The remedy of $80,000 could be considered to be actual, presumed or special damages given the implication of various dignitary torts, harm to reputation, and/or violations of black letter law provisions including but not limited to Emmett Till Anti-Lynching Act, Matthew Shepard and James Byrd Hate Crimes Prevention Act, Title VII of Civil Rights Act of 1964, George Floyd Policing Act, 5th and 14th Amendments to U.S. Constitution involving Due Process Clause, Equal Protection Clause, and Privileges and

(17)

C.) The plaintiff compares Meghan Markle to Nicole Mendez or Rocio Leal who was the co-plaintiff in the plaintiff's case involving Walter Reed Hospital against NIH, CDC, FDA and HHS represented by assistant U.S. attorney Damon Taaffe presided over by Chief Judge Beryl Howell of Washington, D.C. at E. Barrett Prettyman Courthouse (333 Constitution Avenue). Anyone who says that Nicole Mendez is not on the level of Meghan Markle is missing the point. As powerful as she is, Meghan Markle is a "woman of color" who would not look down upon or pass judgment upon another "woman of color" as being beneath her or "not at her level" because Meghan Markle has also experienced racism from "white people from England." Nicole Mendez is "another woman of color."

D.) The plaintiff is also requesting the equitable remedy of an injunction precluding and/or enjoining the "British co-defendants" from trying to communicate with the plaintiff through subliminal messaging on Cable TV or internet and/or engaging in an international conspiracy to violate the plaintiff's Civil Rights.

Respectfully submitted,

*Ronald Satish Emrit*

Ronald Satish Emrit
6655 38th Lane East
Sarasota, Florida 34243